Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____
_____ Division

Aryan Petersen

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Shane Peterson II

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:22CV112
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

RECEIVED MAR 30 2022 CLERK U.S. DISTRICT COURT

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2022 MAR 30 AM 9:51 OFFICE OF THE CLERK

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aryan C T Petersen |
| Street Address | P.O. Box 22800 |
| City and County | Lincoln, Nebraska 68542-2800 Lancaster |
| State and Zip Code | |
| Telephone Number | N/A |
| E-mail Address | N/A |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
Name: Shane Peterson II
Job or Title (if known): Douglas county corrections Correctional officer
Street Address: 710 South 17th St
City and County: Omaha, Douglas County
State and Zip Code: Nebraska 68102
Telephone Number: N/A
E-mail Address (if known): N/A

**Defendant No. 2**
Name: C/O Hadid
Job or Title (if known): Douglas County Corrections Correctional officer
Street Address: 710 South 17th St
City and County: Omaha, Douglas County
State and Zip Code: Nebraska 68102
Telephone Number: N/A
E-mail Address (if known): N/A

**Defendant No. 3**
Name: N/A
Job or Title (if known): N/A
Street Address: N/A
City and County: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address (if known): N/A

**Defendant No. 4**
Name: N/A
Job or Title (if known): N/A
Street Address: N/A
City and County: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address (if known): N/A

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

All of them my Constitional Rights were violated and civil Rights And I was A victim of Assault while In Handcuffs on Sept 8th 2021 while In custody At Douglas County Correct

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Aryan Petersen, is a citizen of the State of *(name)* Nebraska.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)*
       _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Shane Peterson II, is a citizen of the State of *(name)* Nebraska. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

           The defendant, *(name)* ~~[scribbled out]~~, is incorporated under the laws of the State of *(name)* ~~[scribbled out]~~, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I suffered pain, Concussion And PTSD, And was Defenseless And Assaulted/Beat while In handcuffs. Unnessary and Excessive use of force ~~by~~ by correctional officers while In Handcuffs.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On Sept 8th 2021 I Aryan Petersen was A Victim of Assault And Unnessary Excessive use of force while in Handcuffs. And was and ~~still~~ have Severe PTSD Due 2 this and Health & then some.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-21-22

Signature of Plaintiff: Aryan Petersen
Printed Name of Plaintiff: Aryan Petersen

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

RECEIVED
MAR 10 2022
U.S. DISTRICT COURT
CLERK

To whom it may concern                Saturday march 5

I Filed A civil lawsuit 1983 And I was A victim of Assault and Excessive unnessary use of Force By Correctional officers In Douglas county on Sept 8th 2021 And I was A Dodge County Safekeep Here In DEC When I Filed the 1983 I was Released And Never Recieved A letter Back I think it was lost In the mail or Sent Back to you All At the United States district court In Omaha.

My mailing Address Is 835 N. Somers Ave Fremont, Nebraska 68025 and I am A Safekeep Here in DEC Again And will Be Released April 1st 2022 And want Help and Need Help and assistance In This matter Due to I was In Handcuffs And was Assaulted on Sept 8th 2021 In Douglas county corrections And there is Intake photo As well As OPD ofc. Perez and OPD ofc. Klees and others Including myself That Are Aware of what occurred.

RECEIVED
MAR 30 2022
CLERK
U.S. DISTRICT COURT

Sincerly and Truely

Aryan Petersen

P.S. Please get Back 2 me As soon as possible

God Bless and Take care

Inmate Name: Arman Petersen (First) (Last)
Inmate#: SK# 6749

P.O. Box 22800
Lincoln, NE 68542-2800

Notice: This correspondence was mailed from an Institution operated by the Nebraska Department of Corrections. Its contents are uncensored.

OMAHA NE
28 MAR 2022 PM 1 FOREVER USA
Barn Swallow

RECEIVED
MAR 30 2022
CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 29 2022
CLERK
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
Roman Hruska US Courthouse
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102-1322

