IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARYAN PETERSEN,

              Plaintiff,

    vs.

SHANE   PETERSONII,  and   HADID,
C/O;

           Defendants.

**8:22CV112**

**MEMORANDUM AND ORDER**

This matter is before the court on its own motion.  On March 30, 2022, the clerk of the court sent a notice and order to Plaintiff at his last known address, and it was returned to this court as undeliverable as Plaintiff has been discharged.  (*See* Filing 6.)  Plaintiff has an obligation to keep the court informed of his current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).  This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.     Plaintiff must update his address within 30 days.  Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.     The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **May 9, 2022**: check for address.

3.     The clerk of the court is further directed to send a copy of this Memorandum and Order to Plaintiff at his last known address and to 835 N. Somers Ave., Fremont, Nebraska 68025. (*See* Filing 1 at CM/ECF p. 6.)

Dated this 7th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge